**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mark HADDOCK, Defendant–
Appellant.**

**No. 06–30071.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2006.*

Filed Oct. 23, 2006.

Dennis J. Dimsey, Esq., DOJ—U.S. Department of Justice Civil Rights Division/Appellate Section, Dirk C. Phillips, Dept. of Justice, Washington, DC, for Plaintiff–Appellee.

Steven V. Richert, Esq., Federal Defenders Eastern Washington and Idaho, Pocatello, ID, for Defendant–Appellant.

Before: LEAVY, W. FLETCHER, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Mark Haddock appeals from the 24–month sentence imposed following his guilty-plea conviction for deprivation of rights under color of law, in violation of 18 U.S.C. § 242.

We dismiss in light of the valid appeal waiver. *See United States v. Jeronimo,* 398 F.3d 1149, 1152–53 (9th Cir.2005) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

